IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:12-cr-539 |
| ) | |
| AMMIE BROTHERS ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Defendant's Motion to Transfer to the United States District Court for the Middle District of Georgia, Columbus Division [Doc. No. 8] and the Defendant's Motion to Strike Predicate Offenses Contained in the Indictment or, in the Alternative, for a Bill of Particulars [Docs. No. 9, 10]. Upon consideration of the motions, the memoranda filed in support thereof and in opposition thereto, and the arguments of counsel at the hearing held on February 15, 2013, and for the reasons stated in open court, it is hereby

ORDERED that the Defendant's Motion to Transfer to the United States District Court for the Middle District of Georgia [Doc. No. 8], be and the same hereby is, GRANTED; and it is further

ORDERED that this matter be, and the same hereby is, TRANSFERRED to the United States District Court for the Middle District of Georgia, Columbus division; and it is further

ORDERED that the Court defers ruling on the Defendant's Motion to Strike Predicate Offenses Contained in the Indictment or, in the Alternative, for a Bill of Particulars [Docs. No. 9, 10] and refers the motion to the transferee court.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 15, 2013