IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
OPEN COURT
FEB 14 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMMIE BROTHERS,<br><br>Defendant. | ) Crim. No. 1:12-cr-539<br>)<br>) Count 1: 18 U.S.C. § 1030(a)(2)<br>) Computer Fraud<br>)<br>) Count 2: 18 U.S.C. § 1030(a)(2)<br>) Computer Fraud<br>)<br>) Count 3: 18 U.S.C. § 1030(a)(2)<br>) Computer Fraud<br>)<br>) Count 4: 18 U.S.C. § 2261A<br>) Interstate Stalking<br>)<br>) Count 5: 18 U.S.C. § 1028(a)(7)<br>) Identity Theft |

### SUPERSEDING INDICTMENT

February 2013 Term – at Alexandria

### COUNT 1

(Unauthorized Access to Information From a Department or Agency of the United States)

THE GRAND JURY CHARGES THAT:

From on or about March 12, 2008, to on or about October 5, 2011, the defendant, AMMIE BROTHERS, did intentionally access a computer without authorization and exceed authorized access to a computer and thereby obtain information from a department and agency of the United States, in furtherance of criminal and tortious acts committed in violation of the laws of a State; that is, BROTHERS accessed without authorization and exceeded authorized access to

United States Army Knowledge Online ("AKO") computer servers within the Eastern District of Virginia and thereby obtained information from the United States Army, including payroll information and a bank account number for victim W.E., in furtherance of a violation of 18 U.S.C. § 2261A and Virginia Code Section 18.2-152.5.

(In violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(ii).)

2

USCA4 78

## COUNT 2

**(Unauthorized Access to Information From a Department or Agency of the United States)**

THE GRAND JURY FURTHER CHARGES THAT:

From on or about April 2, 2008, to on or about October 5, 2011, the defendant, AMMIE BROTHERS, did intentionally access a computer without authorization and exceed authorized access to a computer and thereby obtain information from a department and agency of the United States, in furtherance of criminal and tortious acts committed in violation of the laws of a State; that is, BROTHERS accessed without authorization and exceeded authorized access to AKO computer servers within the Eastern District of Virginia and thereby obtained information from the United States Army, including social security numbers for victim W.E. and minor victim K.E., in furtherance of a violation of Virginia Code Section 18.2-152.5.

(In violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(ii).)

USCA4 79

# COUNT 3

### (Unauthorized Access to Information From a Department or Agency of the United States)

THE GRAND JURY FURTHER CHARGES THAT:

From on or about April 24, 2009, to on or about October 5, 2011, the defendant, AMMIE BROTHERS, did intentionally access a computer without authorization and exceed authorized access to a computer and thereby obtain information from a department and agency of the United States, in furtherance of criminal and tortious acts committed in violation of the laws of the United States and any State; that is, BROTHERS accessed without authorization and exceeded authorized access to AKO computer servers within the Eastern District of Virginia and thereby obtained information from the United States Army, including employment information and a social security number for victim S.E., in furtherance of violations of 18 U.S.C. § 2261A and Virginia Code Section 18.2-152.5.

(In violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(ii).)

## COUNT 4

### (Interstate Stalking)

THE GRAND JURY FURTHER CHARGES THAT:

From on or about August 4, 2010, to on or about October 2, 2011, the defendant, AMMIE BROTHERS, with the intent to harass and cause substantial emotional distress to a person in another State, did use a facility of interstate commerce to engage in a course of conduct that causes substantial emotional distress to that person; that is, BROTHERS, from another State, and with the intent to harass and cause substantial emotional distress to victim S.E., made repeated telephone calls to victim S.E. in the Eastern District of Virginia, and, via a telephone and interactive computer service, closed accounts, cancelled transactions, and initiated transactions on credit card accounts held in victim S.E.'s name, and thereby caused substantial emotional distress to victim S.E.

(In violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b)(5).)

5

## COUNT 5

### (Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

From on or about August 4, 2010, to on or about October 2, 2011, the defendant, AMMIE BROTHERS, did knowingly possess and use, without lawful authority, and in and affecting interstate commerce, a means of identification of another person with the intent to commit, and to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law; that is, BROTHERS knowingly possessed and used victim S.E.'s credit card numbers to close accounts, cancel transactions, and initiate transactions over the telephone and Internet, with the intent to commit, and to aid and abet, and in connection with, violations of 18 U.S.C. § 2261A.

(In violation of Title 18, United States Code, Section 1028(a)(7) and (b)(2)(B).)


A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.
_____
FOREPERSON

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

*Lindsay Kelly*
_____
By: Lindsay A. Kelly
Assistant United States Attorney

6

USCA4 82